AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Robert Lee Petrosh

)
) Case: 1:21-mj-00412
) Assigned To : Faruqui, Zia M.
) Assign. Date : 4/29/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert Lee Petrosh ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/29/2021

2021.04.29 14:38:18 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/29/21 , and the person was arrested on *(date)* 5/4/21
at *(city and state)* Northfield, NJ .

Date: 5/4/21

*Arresting officer's signature*

Blair Goltra  Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** May 4, 2021

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ZOOM

**TITLE OF CASE:**

**DOCKET NO.:** 1:21-mj-7099-KMW

UNITED STATES OF AMERICA

VS.

ROBERT LEE PETROSH

**DEFENDANT PRESENT**

**APPEARANCES:**

CHRISTINA HUD– AUSA FOR GOVERNMENT

STEVEN SHEFFLER, ESQ. – RETAINED FOR DEFENDANT

**OTHER:**

ADRIENNE SMITH – U.S. PRETRIAL OFFICER

**NATURE OF PROCEEDINGS:**   Initial Appearance on Rule 5 by Zoom

Defendant advised of rights, charges and penalties, including Padilla.
Defendant consents to this hearing by video conference.  Order to be entered.
Defendant waives formal reading of the Complaint.
Defendant advised of Rule 5 rights.  Defendant waives Rule 5 & 5.1 hearing - waiver filed.
Hearing on Defendant's application for bail.  Ordered application granted.
Ordered bail set in amount of $50,000 unsecured, with conditions.  Ordered defendant to appear in U.S. District Court for the District of Columbia on **May 11, 2021 at 1:00 p.m.** by Zoom.
Oral Order As Required By Rule 5(F) Read Into The Record By The Court.  Order to be entered.
Ordered defendant released after processing.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED:  9:07      TIME ADJOURNED:  9:23      TOTAL TIME:  16 Minutes

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-3730



William T. Walsh
Clerk

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO:  Camden

May 4, 2021

Philip Tran (Philip_Tran@dcd.uscourts.gov)
Courtroom Deputy
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

      Re:  U.S. v. Robert Lee Petrosh
      Our Docket Number: 1:21-mj-7099-KMW
      Your Docket Number: 1:21-mj-412-ZMF

Dear Clerk:

    Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  You can obtain the original record by accessing CM/ECF through PACER.  If applicable, a certified copy of the Appearance Bond is enclosed.  Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

              Sincerely,

              WILLIAM T. WALSH, Clerk

              By:  s/ Nicole Ramos
                    Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____

**DATE:** _____

DNJ-Crim-004(Rev. 09/06)

Case 1:21-cr-00347-TNM   Document 5   Filed 05/04/21   Page 4 of 13

## **Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   **Link to Electronic Filing System (Live)**

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format: **[06mj1234]**
- Run Report

    < To view a document from the docket sheet, click on the blue "underlined" document number;

    < To download, click on File, Save a Copy and save to your specific directory;

    < If the document does not have an underlined document number, it is either:

    - A text only entry and no document is attached, or
    - An entry made prior to electronic case filing and the original is enclosed, or
    - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

    < Camden - 866-726-0726 or 856-757-5285
    < Newark - 866-208-1405 or 973-645-5924
    < Trenton - 866-848-6059 or 609-989-2004

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ROBERT LEE PETROSH | ) Case No. 21-MJ-7099-KMW |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ROBERT LEE PETROSH_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )    to appear for court proceedings;
    ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __50,000.00__ .

(   ) (3) This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5-4-2021                                    _____
                                                   *Defendant's signature*

_____                     _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

_____                     _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

_____                     _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

CLERK OF COURT

Date: 5/4/21                                      Nicole Lames
                                                   *Signature of Clerk or Deputy Clerk*

Approved.

Date: _____                               _____
                                                   *Judge's signature*

AO 199A (Rev. 12/11) Order Setting Conditions of Release                             Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

United States of America )
v. )
) Case No. 21-mj-7099-KMW
ROBERT LEE PETROSH )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States District Court for District of Columbia (by Zoom)
*Place*
333 Constitution Ave., NW, Washington, DC 20001

on 5/11/2021 1:00 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign a $50,000 Unsecured Appearance Bond.

AO 199B   (Rev. 12/11) Additional Conditions of Release                                                                                                                 Page __2__ of __3__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
*Custodian*                                               *Date*

( X ) (7) The defendant must:
   ( X ) (a) submit to supervision by and report for supervision to the <u>United States Pretrial Services</u>,
       telephone number _____, no later than _____.
   ( ) (b) continue or actively seek employment.
   ( ) (c) continue or start an education program.
   ( X ) (d) surrender any passport to: <u>United States Pretrial Services</u>
   ( X ) (e) not obtain a passport or other international travel document.
   ( X ) (f) abide by the following restrictions on personal association, residence, or travel: <u>travel restricted to the States of New Jersey and Dist. of Columbia for court proceedings, unless otherwise approved in advance by U.S. Pretrial Services.</u>
   ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: <u>co-defendants or alleged co-conspirators, unless in the presence of counsel.</u>
   ( ) (h) get medical or psychiatric treatment: <u>or mental health testing & treatment as deemed necessary by Pretrial Services.</u>
   ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( X ) (k) not possess a firearm, destructive device, or other weapon.
   ( ) (l) not use alcohol ( ) at all ( ) excessively.
   ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
       ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
       ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
       ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
   ( X ) (s) <u>The defendant is not to enter any government buildings or property unless required by the government agency; report to U.S. District Court for Dist. of Columbia, as ordered; report to U.S. Marshal Service in Camden</u>
       for processing on a date and time to be determined. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

AO 199C (Rev. 09/08) Advice of Penalties                                                                 Page  3  of  3  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_[signature]_
*Defendant's Signature*

Mays Landing          NJ
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   5/4/2021                    _[signature]_
                                    *Judicial Officer's Signature*

                                    Karen M. Williams, U.S. Magistrate Judge
                                    *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-MJ-7099-KMW |
| v. | ORDER |
| ROBERT LEE PETROSH, | |
| Defendant. | |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this __4__ day of __May__, 2021, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Hon. Karen M. Williams
United States Magistrate Judge

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-MJ-7099-KMW |
| | ) | |
| ROBERT LEE PETROSH | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 21-mj-00412-ZMF |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court for District of Columbia 333 Constitution Avenue N.W. Washington D.C. 20001 | Courtroom No.: By Video Conferencing (Zoom) |
|---|---|
| | Date and Time: 5/11/2021 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 05/04/2021

*Judge's signature*

Hon. Karen M. Williams, U.S. Magistrate Judge
*Printed name and title*

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-07099-KMW-1

Case title: USA v. ROBERT LEE PETROSH

Date Filed: 05/04/2021
Date Terminated: 05/04/2021

Assigned to: Magistrate Judge Karen M. Williams

**Defendant (1)**

**ROBERT LEE PETROSH**
*TERMINATED: 05/04/2021*

represented by **STEVEN P SHEFFLER**
609-477-4577
Email: sps63@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. 1752(a)(1) Entering or Remaining in any Restricted Building or Grounds; 18 U.S.C. 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building of Grounds; 40 U.S.C. 5104(e)(2)(D) Disorderly Conduct o Capitol Grounds; 40 U.S.C. 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building | |

#### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **CHRISTINA O. HUD**<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF NEW JERSEY<br>4TH & COOPER STREETS<br>CAMDEN, NJ 08101<br>856-757-5026<br>Email: christina.hud@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2021 | 1 | Rule 5 Documents Received as to ROBERT LEE PETROSH (nar) (Entered: 05/04/2021) |
| 05/04/2021 | | Arrest (Rule 5) of ROBERT LEE PETROSH (nar) (Entered: 05/04/2021) |
| 05/04/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Karen M. Williams:Initial Appearance in Rule 5 Proceedings as to ROBERT LEE PETROSH held on 5/4/2021. Defendant advised of rights, charges and penalties, including Padilla. Defendant consents to this hearing by video conference. Defendant waives formal reading of the Complaint. Defendant waives Rule 5 & 5.1 hearing. Hearing on Defendants application for bail. Ordered application granted.Ordered bail set in amount of $50,000 unsecured, with conditions. Ordered defendant to appear in U.S. District Court for the District of Columbia on May 11, 2021 at 1:00 p.m. by Zoom. Oral Order As Required By Rule 5(F) Read Into The Record By The Court. Orders to be entered. Ordered defendant released after processing. (Court Reporter/Recorder ZOOM.) (nar) (Main Document 2 replaced on 5/4/2021) (nar). (Entered: 05/04/2021) |
| 05/04/2021 | 3 | ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING as to ROBERT LEE PETROSH. Signed by Magistrate Judge Karen M. Williams on 5/4/21. (nar) (Entered: 05/04/2021) |
| 05/04/2021 | 4 | WAIVER of Rule 5 Hearings by ROBERT LEE PETROSH (nar) (Entered: 05/04/2021) |
| 05/04/2021 | 5 | ORDER Setting Conditions of Release as to ROBERT LEE PETROSH (1) 50,000 Unsecured (Finance notified). Signed by Magistrate Judge Karen M. Williams on 5/4/21. (nar) (Entered: 05/04/2021) |
| 05/04/2021 | 6 | Unsecured Appearance Bond Entered as to ROBERT LEE PETROSH in amount of $ 50,000 (nar) (Entered: 05/04/2021) |
| 05/04/2021 | 7 | ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to ROBERT LEE PETROSH. Signed by Magistrate Judge Karen M. Williams on 5/4/21. (nar) (Entered: 05/04/2021) |
| 05/04/2021 | 8 | BRADY ORDER re Rule 5(f) as to ROBERT LEE PETROSH. Signed by Magistrate Judge Karen M. Williams on 5/4/21. (nar) (Entered: 05/04/2021) |
| 05/04/2021 | 9 | Transmittal Letter from Nicole Ramos, Court Deputy to U.S. District Court, District of Columbia (nar) (Entered: 05/04/2021) |