AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-CR-00347-TMN |
| ROBERT PETROSH | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Robert Petrosh

Date: 06/24/2021

*Attorney's signature*

Steven P. Scheffler, Esq #052121995
*Printed name and bar number*
REYNOLDS & SCHEFFLER, LLC
1200 Mill Road, Suite C
PO Box 718
Northfield, NJ 08225

*Address*

sps@rsclegal.com
*E-mail address*

(609) 677-4577
*Telephone number*

(609) 677-4570
*FAX number*