UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case Nos. 21-cr-347 (TNM) |
| : | |
| ROBERT LEE PETROSH, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S NOTICE OF FILING OF SENTENCING EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel in relation to the Government's Sentencing Memorandum (ECF No. 40):

1. Exhibit 1 (IMG_8297.MOV): A 26-second video recorded by the defendant, Robert Petrosh, showing the crowd on the West Front of the Capitol. Rioters can be heard shouting "f***ing shitbags" and "f***ing traitors" as flashbangs erupt in the background.

2. Exhibit 2 (IMG_8301.MOV): A one minute and 14-second video recorded by the defendant showing him ascending the stairs to the Upper West Terrace of the Capitol, shouting "Our House" with the rioters, and walking past four U.S. Capitol Police officers stationed outside the Senate Parliamentarian door.

3. Exhibit 3 (7-minute clip from BANNED.VIDEO—The Resistance.Montoya.mp4): A seven-minute video clip showing rioters, including the defendant, in a standoff with law enforcement inside the Crypt. The clip shows rioters pushing past the police line and then crushing officers near one of the exits to the Crypt. The rioters eventually leave the Crypt and walk down the hallway toward the Hall of Columns. The rioters turn back around when they realize they have reached an exit.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:    /s/ *Hava Mirell*
        HAVA MIRELL
        Assistant United States Attorney, Detailee
        United States Attorney's Office
        District of Columbia
        CA Bar No. 311098
        555 4th Street, N.W.
        Washington, D.C. 20530
        (213) 894-0717
        Hava.Mirell@usdoj.gov